UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| KEITH E. WIGGINS, | ) CV 10-06558-JVS (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| KEN CLARK, Warden, | ) |
| | ) |
| Respondent. | ) |
| | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ORDERED the Petition for Writ of Habeas Corpus is denied in part and granted in part.

IT IS ORDERED that: 1) the Petition is denied with respect to petitioner's claim challenging the Governor's failure to review parole denials; 2) granted with respect to petitioner's claims challenging the Board of Parole Hearings' 2007 decision to deny petitioner parole; and 3) directing that the Board of Parole Hearings to conduct a new parole suitability hearing within thirty (30) days of the date of the district court's Order Adopting this Report and Recommendation in

accordance with due process as elucidated in this Report and Recommendation and in accordance with California law (see Haggard v. Curry, __ F.3d __, 2010 WL 4015006, *5 (9th Cir. 2010); In re Prather, 50 Cal. 4th 238, 255-57, 234 P.3d 541, 112 Cal. Rptr. 3d 291 (2010)). In the absence of any new evidence contributing to a showing of petitioner's current dangerousness, the Board of Parole Hearings shall calculate a prison term and release date for petitioner in accordance with California law. Nothing herein prohibits the Board of Parole Hearings from considering evidence previously offered, along with such new evidence, if any, in reaching its determination of petitioner's current dangerousness.

DATED: January 13, 2011

*/s/ James V. Selna*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE