UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| KEITH E. WIGGINS, | ) CV 10-6558-JVS (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| KEN CLARK, WARDEN, | ) |
| Respondent. | ) |

    Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: March 15, 2011

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1